■ In the Matter of PAUL A. FOPPIANO, Appellant, v. ROBERT O. LOWERY, as Fire Commissioner of the Fire Department of the City of New York, et al., Respondents.— Judgment, Supreme Court, New York County, entered on or about July 21, 1972, unanimously affirmed on opinion of Bloom, J., at Special Term, without costs and without disbursements. No opinion. Concur — McGivern, J. P., Markewich, Nunez, Lane and Steuer, JJ.

■ EDGAR FRANKEL, Appellant, v. AMERICAN EXPORT ISBRANDTSEN LINES, INC., Respondent. — Order, Appellate Term, Supreme Court, First Department, entered on May 23, 1972, affirmed, without costs and without disbursements, on the majority opinion at Appellate Term. Concur — McGivern, J. P., Kupferman, Murphy and Tilzer, JJ. No opinion. Nunez, J., dissents, in part, and would modify in accordance with the dissenting memorandum of Gold, J., at Appellate Term.